FILED

2008 NOV 14  PM 3: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ Deputy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WILLIAMS; RODERICK MURRIEL; AFLRED LARRAGA; CHAD ALEXANDER; CYNTHIA JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>HSBC – AUTO FINANCE; AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.: 08 cv 1391 BEN (RBB)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

/////

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the settlement reached between the parties in the above-captioned action, and the parties having so stipulated, this matter is hereby ordered **DISMISSED WITH PREJUDICE** against all defendants. The Magistrate Judge shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

DATED: November 14, 2008

_____
Hon. Roger T. Benitez
United States District Court Judge

1

08cv1391